

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

211 King Street, Suite 200
Charleston, SC 29401
Telephone:  843-853-1300
Facsimile:   843-853-9992
www.ogletree.com

Michelle McMahon
843.720.0871
michelle.mcmahon@ogletree.com

December 18, 2020

The Honorable Kaymani D. West
U.S. Magistrate Judge
401 West Evans Street
Florence, SC 29501

      RE:     *Cassell v. Honeywell Safety Products USA Inc, et al.*
            C/A No. 0:20-cv-01888-JMC-KDW

Dear Judge West:

      The mediation in this case has been set for Friday, January 8, 2021. Jon L. Austen will be serving as the mediator. I am writing to notify the Court as this date falls four days outside of the mediation deadline set forth in the Amended Scheduling Order [ECF 22]. Due to the parties' schedules and those of their respective clients, the first available date was January 8, 2021. Please let me know if the Court has any concerns with the scheduling of our mediation.

                            Sincerely,

                            Michelle McMahon

MM:dal

Cc:  Jake Modla, Attorney for Plaintiff

45291437.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington